**United States Bankruptcy Court**
**Eastern District of Virginia**
_____Richmond_____ **Division**

In re:   Intelsat S.A.                                           Case No. 20-32299-KLP

                                                                                 Adv. Proceeding No. [Adversary Proceeding Number]

                    Debtor(s)

**TRANSMITTAL OF NOTICE OF APPEAL AND, IF APPLICABLE, MOTION FOR LEAVE TO APPEAL TO DISTRICT COURT**

Pursuant to 28 U.S.C. §158, Notice of Appeal was filed herein on October 14, 2022.

[Check Box if Applicable] ☐ The Appellant(s) also filed a Motion for Leave to Appeal with the Notice of Appeal.

The parties included in the Appeal to the District Court:

APPELLANT(S):   SES Americom, Inc.

ATTORNEY:   KAUFMAN & CANOLES, P.C.
            150 W. Main Street, Suite 2100
            Norfolk, VA 23510-1665

APPELLEE(S):   Intelsat US LLC
               Intelsat License LLC
               Intelsat Jackson Holdings S.A.

ATTORNEY:   MULTIPLE (SEE ATTACHED EXHIBIT)

Brief Description of Judgment/Order Appealed: Memorandum Opinion (#4526) and Order (4527), Amended Memorandum Opinion & Order sustaining debtors' objection to Claims 84, 85, 103 and disallowing those claims.

Date Judgment/Order Entered: Memorandum Opinion and Order Filed 9/30/2022, Amended Memorandum Opinion Filed 10/5/2021

1. Filing Fees:   A. Notice of Appeal – Filing Fee $5.00   (✓) Paid    ( ) Not Paid
                  B. Appeal Docket Fee - $293.00            (✓) Paid    ( ) Not Paid    ( ) Deferred. See Attached Request
2. (✓) Notice of Appeal
3. ( ) Motion for Leave to Appeal (if any)

WILLIAM C. REDDEN, Clerk of Court

By /s/ James Cummings                , Deputy Clerk

Date transmitted: October 17, 2022              Telephone No. 804-916-2419

..........................................................................................................................................

U.S. DISTRICT COURT CASE NUMBER:   3:22cv668-MHL
DATE:  10/17/2022        BY:  S. Mejia, Deputy Clerk

**PLEASE RETURN COPY UPON COMPLETION**

[transenot ver. 12/14]

**Exhibit for Transmittal of Notice of Appeal to District Court**

| | |
|---|---|
| **APPELLANT(S):** | SES Americom, Inc. |
| **ATTORNEY:** | KAUFMAN & CANOLES, P.C. |
| | Dennis T. Lewandowski |
| | Clark J. Belote |
| | 150 W. Main Street, Suite 2100 |
| | Norfolk, VA 23510-1665 |
| | |
| **APPELLEE(S):** | Intelsat US LLC, Intelsat License LLC, & |
| | Intelsat Jackson Holdings S.A. |
| **ATTORNEY(S):** | Edward O. Sassower, P.C. (admitted *pro hac vice*) |
| | Steven N. Serajeddini, P.C. (admitted *pro hac vice*) |
| | Aparna Yenamandra (admitted *pro hac vice*) |
| | KIRKLAND & ELLIS LLP |
| | KIRKLAND & ELLIS INTERNATIONAL LLP |
| | 601 Lexington Avenue |
| | New York, NY 10022 |
| | |
| | Michael A. Condyles (VSB No. 27807) |
| | Peter J. Barrett (VSB No. 46179) |
| | Jeremy S. Williams (VSB No. 77469) |
| | KUTAK ROCK LLP |
| | 901 East Byrd Street, Suite 1000 |
| | Richmond, VA 23219-4071 |
| | |
| | John O'Quinn, P.C. (admitted *pro hac vice* |
| | Michael A. Glick (admitted *pro hac vice*) |
| | Emily Merki Long (admitted *pro hac vice*) |
| | 1301 Pennsylvania Avenue, N.W. |
| | Washington, DC 20004 |
| | |
| | Michael B. Slade (admitted *pro hac vice*) |
| | Jeffrey J. Zeiger, P.C. (admitted *pro hac vice*) |
| | Casey McGushin (admitted *pro hac vice*) |
| | 300 North LaSalle |
| | Chicago, IL 60654 |